1  RYAN L. DENNETT, ESQ.
2  Nevada Bar No. 005617
   rdennett@dennettwinspear.com
3  JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 010089
4  DENNETT WINSPEAR, LLP
   3301 N. Buffalo Drive, Suite 195
5  Las Vegas, Nevada 89129
   Telephone:    (702) 839-1100
6  Facsimile:    (702) 839-1113
   *Attorneys for Defendant Progressive*
7  *Direct Insurance Company*

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  TYLOR PEREZA,
                                            Case No: 2:15-cv-00077-JCM-VCF
12                         Plaintiff,

13  vs.

14  PROGRESSIVE DIRECT INSURANCE CO.;    **STIPULATION AND ORDER FOR
    (a foreign corporation) and DOES 1 through   DISMISSAL OF EXTRA-CONTRACTUAL
15  10, inclusive, and ROE CORPORATIONS 1  (BAD FAITH AND PUNITIVE DAMAGES)
    through 10, inclusive.,                CLAIMS AND TO REMAND MATTER TO
16                                         STATE COURT AND FILE AN AMENDED
                           Defendants.     COMPLAINT ACCORDINGLY**

17
        IT IS HEREBY STIPULATED by and between Plaintiff, TYLOR PEREZA, by and through
18
    his attorney of record, NADIA VON MAGDENKO, ESQ. of von MAGDENKO AND
19
    ASSOCIATES, PLLC, and Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY
20
    ("PROGRESSIVE"), by and through its attorney, RYAN L. DENNETT, ESQ., of the law firm of
21
    DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith), punitive
22
    damages, and any other claims involving claims outside of the contractual relationship between
23
    PROGRESSIVE and TYLOR PEREZA are hereby dismissed, with prejudice.
24
        IT IS FURTHER STIPULATED and agreed that this matter be remanded, by agreement,
25
    for resolution of solely the contractual claims to Nevada State Court for further resolution, and
26
    Plaintiff will then file an Amended Complaint devoid of any averments or claims for any extra-
27
    contractual (bad faith), punitive damages, and/or any other claims involving claims outside of the
28

contractual relationship between Progressive and Tylor Pereza and Defendant will file an Answer thereto.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED this 14th day of April, 2015.

| von MAGDENKO & ASSOCIATES, PLLC | DENNETT WINSPEAR, LLP |
|---|---|
| By /s/ Nadia von Magdenko<br>NADIA VON MAGDENKO, ESQ.<br>Nevada Bar No. 7945<br>624 South Ninth Street<br>Las Vegas, Nevada 89101<br>Telephone: 702-385-1600<br>Facsimile: 702-385-1611<br>*Attorneys for Plaintiff,*<br>*Tylor Pereza* | By /s/ #11311<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>JENNIFER INSLEY MICHERI, ESQ.<br>Nevada Bar No. 010089<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone: (702) 839-1100<br>Facsimile: (702) 839-1113<br>*Attorneys for Defendant Progressive*<br>*Direct Insurance Company* |

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED April 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

1  Submitted by:

2  **DENNETT WINSPEAR, LLP**

3  
4  By_____#11311_____  
   RYAN L. DENNETT, ESQ.  
   Nevada Bar No. 005617.
5  JENNIFER INSLEY MICHERI, ESQ.  
   Nevada Bar No. 010089
6  3301 N. Buffalo Drive, Suite 195  
   Las Vegas, Nevada 89129
7  Telephone: (702) 839-1100  
   Facsimile: (702) 839-1113
8  *Attorneys for Defendant,*  
   *PROGRESSIVE DIRECT*
9  *INSURANCE COMPANY*

3